UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61463-CIV-HUCK/SIMONTON
<u>CONSENT CASE</u>

JEFFERY BULLION,

    Plaintiff,

v.

SASTRI D. RAMSARAN,[1] et al.,

    Defendants.
_____/

### <u>ORDER GRANTING, BY DEFAULT, PLAINTIFF'S MOTION TO COMPEL DEFENDANT</u> <u>Ramsaran TO APPEAR FOR DEPOSITION AND PROVIDE DISCOVERY RESPONSES</u>

Presently pending before the Court is Plaintiff's Motion To Compel Defendant, Sastri D. Ramsaran To Appear For Deposition and Provide Discovery Responses (DE # 33). Defendant Ramsaran has not responded in opposition to this motion, and the last day to timely serve a response was June 17, 2008.

In his motion, Plaintiff states that on February 4, 2008, he served a Request for Production and Interrogatories on Defendant Ramsaran, but that Plaintiff has not provided discovery responses. Plaintiff also states that on April 14, 2008, Defendant Ramsaran canceled his deposition which was set for April 18, 2008, and stated that when he got to Arizona, where he would be working, he would provide information to enable his deposition to be reset. However, Defendant Ramsaran never contacted Plaintiff and also did not respond to numerous voicemail messages and emails from Plaintiff attempting to reschedule the deposition.

The undersigned notes that she previously denied a Motion to Compel this discovery based upon representations by Defendant Ramsaran that he would comply; and that the fact

---

[1] The Complaint spells defendant's name as "Rasaran," however, the spelling used by Defendant in his Answer is "Ramsaran."

discovery deadline in this case is July 18, 2008 (DE # 28).

Therefore, pursuant to Local Rule 7.1 C, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion To Compel Defendant, Sastri D. Ramsaran To Appear For Deposition and Provide Discovery Responses (DE # 33), is **GRANTED by default**.   On or before July 14, 2008, Defendant Ramsaran must provide responses to Plaintiff's Request for Production of Documents and Interrogatories, both served on February 4, 2008.  On or before July 18, 2008, Defendant Ramsaran must appear for deposition at a time and place convenient for Plaintiff.  Defendant Ramsaran is placed on notice that any failure either to 1) respond to Plaintiff's discovery or 2) appear for deposition may result in the entry of a default judgment as to liability against him.

**DONE AND ORDERED** in chambers at Miami, Florida, on July 7, 2008.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

Defendant Sastri D. Ramsaran, pro se
454 W. Brown Road, Apt 8A
Mesa, AZ 85201
email address: sastri9@aol.com

Defendant Transtec Systems, Inc.
c/o R/A Sastri David Ramsaran
2636 Riviera Drive
Miramar, FL 33023