UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61463-CIV-HUCK/SIMONTON
<u>CONSENT CASE</u>

JEFFERY BULLION,

    Plaintiff,

v.

SASTRI D. RAMSARAN,[1] et al.,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT
DUE TO DEFENDANT RAMSARAN'S FAILURE TO
COMPLY WITH COURT ORDER CONCERNING DISCOVERY**

Presently pending before the Court is Plaintiff's Motion For Default Due To Defendant Sastri D. Ramsaran's Failure To Comply With Court Order Concerning Discovery (DE # 37). Defendant Ramsaran has not responded to the motion, and the last day to timely file a response was August 11, 2008.

I. <u>Background</u>

On February 4, 2008, Plaintiff served a request for production of documents and interrogatories on Defendant Ramsaran. Between February 4, 2008 and March 7, 2008, Plaintiff's counsel attempted on numerous occasions to schedule Ramsaran's deposition, but Ramsaran did not return telephone calls (DE # 18 at 1). Ramsaran never responded to the discovery requests, despite his March 4, 2008 assertion that he had done so. Also on March 4, 2008, Ramsaran stated that he was in New York and could not come to Florida for a deposition (DE # 18 at 1-2). On March 7, 2008, Plaintiff moved to compel Ramsaran to respond to the discovery requests and to provide a date for his

---

[1] The Complaint spells defendant's name as "Rasaran," however, the spelling used by Defendant in his Answer is "Ramsaran."

deposition in Miami (DE # 18).

On March 20, 2008, Plaintiff filed a notice of deposition of Defendant Ramsaran for April 18, 2008 in Queens, New York (DE # 22).

Subsequently, on March 24, 2008, pursuant to the consent of the parties, the District Court referred this case to the undersigned Magistrate Judge for trial and final disposition (DE # 24).

On March 31, 2008, the undersigned denied Plaintiff's motion to compel as moot based upon representations by Defendant Ramsaran that he would comply with Plaintiff's discovery requests and cooperate in setting a deposition date. The Order also stated that Plaintiff could raise any unresolved issues in a new motion (DE # 26).

On June 3, 2008, Plaintiff filed a renewed motion to compel Defendant Ramsaran to appear for deposition and provide discovery responses. In support thereof, Plaintiff stated that on April 14, 2008, Ramsaran canceled his April 18, 2008 deposition, and stated that when he got to Arizona, where he would be working, he would provide information to enable his deposition to be reset. However, Ramsaran never contacted Plaintiff and also did not respond to numerous voice mail messages and emails from Plaintiff's counsel attempting to reschedule the deposition. Furthermore, Ramsaran never provided discovery responses to Plaintiff (DE # 33). Ramsaran never responded to Plaintiff's motion.

On July 7, 2008, the undersigned entered an order granting, by default, Plaintiff's motion to compel Defendant Ramsaran to appear for deposition and provide discovery responses (DE # 35). In the Order, the undersigned noted that she had previously denied a motion to compel the same discovery based upon representations by Ramsaran that he would comply with Plaintiff's discovery requests; and also that the

fact discovery deadline in this case was July 18, 2008 (DE # 35 at 1-2).  The undersigned ordered Ramsaran to provide responses to Plaintiff's Request for Production of Documents and Interrogatories, on or before July 14, 2008, and to appear for deposition, on or before July 18, 2008, at a time and place convenient for Plaintiff.  The undersigned placed Defendant Ramsaran on notice that any failure either to 1) respond to Plaintiff's discovery or 2) appear for deposition might result in the entry of a default judgment as to liability against him (DE # 35 at 2).

    II.  <u>The Instant Motion</u>

In the instant motion, Plaintiff asks this Court to enter an default judgment against Defendant Ramsaran for his continuous failure to comply with discovery deadlines and with the Court's Order compelling discovery, and contends that Defendant Ramsaran has provided "one baseless excuse after another" for not providing discovery (DE # 37 at 2, para. 6).  In support thereof, he states that despite the Court's July 7, 2008 Order, Ramsaran did not contact Plaintiff's counsel until the afternoon of Sunday, July 20, 2008, when he sent an email stating that:  1) on July 16, 2008, he had just returned to Miami from California and New York; 2) he would be working in Pensacola, Florida; and 3) any deposition date convenient to Plaintiff would be convenient for him (DE # 37 at 1, para. 3).  On Monday morning, July 21, 2008, the undersigned sent an email to Ramsaran setting the deposition for Plaintiff's counsel's office on Wednesday, July 23, 2008 at 1:00 p.m. and telling Ramsaran to bring his discovery responses with him.  On Tuesday evening, July 22, 2008, Ramsaran sent an email to Plaintiff's counsel stating that he: 1) could not appear for his deposition on July 23, 2008; 2) had come back from Miami on July 20, and was working in Pensacola; 3) did not have the money to get back; and 4) would appear for deposition in Pensacola on July 23, 2008 after 3:00 p.m. or in Orlando

from July 28 anytime after 3:00 p.m. (DE # 37 at 1-2, para. 4). Plaintiff contends that if Ramsaran had the Court's order on July 16, 2008, in Miami, and had traveled to Pensacola on July 20, 2008, Ramsaran could have easily contacted Plaintiff's counsel to be deposed on his way from Miami to Pensacola (DE # 37 at 2, para. 5).

Defendant Ramsaran has not responded to Plaintiff's motion, and the last day to timely file a response was August 11, 2008.

### III. Analysis

Plaintiff's motion is granted. Despite repeated opportunities, and in defiance of this Court's Order, Defendant Ramsaran has neither appeared for deposition or provided responses to Plaintiff's discovery requests.

Plaintiff has been trying to obtain discovery responses from Ramsaran since February 2008, with no success. Plaintiff has also been trying to depose Ramsaran since February 2008, also with no success. Ramsaran also has not responded to Plaintiff's motions to compel discovery and has not responded to the instant motion. Plaintiff has spent the entire discovery period attempting to obtain discovery from Ramsaran, and Ramsaran has frustrated Plaintiff's attempts. The trial in this case is set for September 22, 2008, and Ramsaran has still not provided any discovery.

Furthermore, Defendant Ramsaran has ignored this Court's July 7, 2008 Order to provide responses to Plaintiff's Request for Production of Documents and Interrogatories, on or before July 14, 2008, and to appear for deposition, on or before July 18, 2008, at a time and place convenient for Plaintiff. In the July 7, 2008 Order, the undersigned placed Ramsaran on notice that any failure either to 1) respond to Plaintiff's discovery or 2) appear for deposition might result in the entry of a default judgment as to liability against him. Ramsaran has failed to obey the Court's Order.

Therefore, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion For Default Due To Defendant Sastri D. Ramsaran's Failure To Comply With Court Order Concerning Discovery (DE # 37), is **GRANTED**, and that a default judgment as to liability is entered against Defendant Ramsaran for his failure to: 1) appear for his deposition; 2) provide discovery responses and 3) obey the Court's July 7, 2008 order to provide discovery responses and to appear for deposition on a date certain.  On or before August 29, 2008, Plaintiff shall file motions against Defendants Ramsaran and Transtec Systems, Inc. for Final Default Judgment.  However, upon the filing of a motion for final default judgment, Defendants Ramsaran and Transtec Systems, Inc. may still contest the specific amount of damages.

**DONE AND ORDERED** in chambers in Miami, Florida, on August 12, 2008.

_____
**ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE**

**Copies furnished to:
All counsel of record**

**Defendant Sastri D. Ramsaran, pro se**
454 W. Brown Road, Apt 8A
Mesa, AZ 85201
email address: sastri9@aol.com

**Defendant Transtec Systems, Inc.**
c/o R/A Sastri David Ramsaran
2636 Riviera Drive
Miramar, FL 33023