UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  07-61463-CIV-HUCK/SIMONTON
<u>CONSENT CASE</u>

JEFFERY BULLION,

    Plaintiff,

v.

TRANSTEC SYSTEMS, INC., and
SASTRI D. RAMSARAN,[1]

    Defendants.
_____/

<u>FINAL DEFAULT JUDGMENT</u>

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and based upon the Order Granting, in Part, Plaintiff's Motion for Entry of Judgment by Default, Judgment on the Complaint is hereby entered in favor of Plaintiff Jeffrey Bullion and against Defendants Transtec Systems, Inc. and Sastri D. Ramsaran, jointly and severally, in the total amount of $20,580.00, for which sum execution shall issue.

The Court retains jurisdiction to award attorney's fees and costs in connection with any collection efforts.

**DONE AND ORDERED** in chambers in Miami, Florida, on September 15, 2008.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record and pro se parties via CM/ECF

---

[1] The Complaint spells defendant's name as "Rasaran," however, the spelling used by Defendant in his Answer is "Ramsaran."